UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
EAST WEST MORTGAGE, et. al    )
                              )
        Plaintiffs,           )
    v.                        )    Case No: 05-2117 (RJL)
                              )
UNITED STATES EMBASSY         )
IN COLUMBIA, ET. AL           )
et. al,                       )
        Defendants.           )
_____)

## **ORDER**

UPON CONSIDERATION of the Defendants' Motion to Dismiss, it is this ___ day of _____, 2006 hereby:

ORDERED that Defendants' Motion is GRANTED.

   SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE