UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| EAST WEST MORTGAGE, ) | Case No. CV06-1300 |
| HERNAN URIBE RUIZ ) | DECLARATION OF |
| ) | Harry B. Meyer |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| United States Embassy in Colombia, et al. ) | |

I, Harry B. Meyer, hereby declare that:

1. I am the Deputy Nonimmigrant Visa Unit Chief for Administration at the United States Embassy, Bogota, Colombia. In my capacity as Deputy Nonimmigrant Visa Unit Chief for Administration, I have access to and I am familiar with the administrative files and computerized databases that the Department of State maintains on visa applications. The following declaration is based on my review of documents in the administrative files at the United States Embassy in Bogota.

2. I reviewed U.S. Embassy records relating to the 2006 H1-B nonimmigrant visa application of Hernan RUIZ URIBE (DPOB: 27 Nov 1980, Colombia). According to the records, on May 02, 2006, Mr. Uribe Ruiz filed an application for an H1-B nonimmigrant visa at the United States Embassy in Bogota. On May 02, 2006, the consular officer refused Mr. Uribe Ruiz's H1-B nonimmigrant visa application under section 221(g) of the Immigration and Naturalization Act (INA), 8 U.S.C. § 1201(g), for further administrative processing.

3. There is a standard form letter for nonimmigrant visa denials made pursuant to section 221(g) of the INA. It is the standard practice of my office to fill out that form letter and hand it to the applicant as notification as to the legal basis for the denial in every 221(g) nonimmigrant visa refusal case. Because of the volume of refusals, it is not practical to

1  for my office to maintain and store photocopies of the form letters it provides to refused
2  applicants in 221(g) nonimmigrant visa refusal cases.
3
4  Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and
5  correct.
6
7  Executed by: _____ on: _Sept 25, 2006_
8  Harry B. Meyer    September 25, 2006