UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EAST WEST MORTGAGE, et. al ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No: 06-1300 (RJL) |
| ) | |
| UNITED STATES EMBASSY ) | |
| IN COLUMBIA, ET. AL ) | |
| et. al, ) | |
| Defendants. ) | |
| ) | |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney

Andrea McBarnette, as counsel of record for the above named Respondent.


Respectfully submitted,


　　　　/S/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe was filed via the Court's electronic filing system on this September 25, 2006 and is expected to be served by the Court's electronic transmission facilities on:

Germaine Wright Sobral
MONTAGUT & SOBRAL, PC
5693 Columbia Pike, Suite 201
Falls Church, VA 22041

                                            /S/
                                    ANDREA McBARNETTE