UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EAST WEST MORTGAGE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. EMBASSY IN COLOMBIA, et al.,<br><br>Defendants. | Civil Action No. 06-1300 (JDB) |

## ORDER

Defendants in this action filed a motion on September 25, 2006, to dismiss plaintiffs' petition for a writ of mandamus on the grounds of mootness and lack of subject-matter jurisdiction. Under Local Rule of Civil Procedure 7(b), plaintiffs' opposition to defendants' motion to dismiss was due by October 6, 2006. No opposition has been filed as of this date. Therefore, it is this <u>13th</u> day of <u>October</u>, 2006, hereby

**ORDERED** that plaintiffs shall file any opposition to defendants' motion by not later than October 20, 2006. Plaintiffs are further on notice that if no opposition is filed by that date, the Court will treat defendants' motion as conceded. <u>See</u> LCvR 7(b).

    /s/ John D. Bates
    JOHN D. BATES
    United States District Judge

-1-