UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EAST WEST MORTGAGE, et al.,

Plaintiffs,

v.

U.S. EMBASSY IN COLOMBIA, et al.,

Defendants.

Civil Action No. 06-1300 (JDB)

### ORDER

Plaintiffs have petitioned the Court for a writ of mandamus to compel the United States Department of State to adjudicate an allegedly pending visa application. Defendants filed a motion to dismiss on September 25, 2006, on the grounds of mootness and lack of subject-matter jurisdiction. Under Local Rule of Civil Procedure 7(b), plaintiffs' opposition to defendants' motion to dismiss was due by October 6, 2006. When no opposition had been filed as of October 13, 2006, the Court issued an order requiring plaintiffs to file their opposition by not later than October 20, 2006, or face dismissal of their case. Again, no opposition has been filed as of this date. The Court will therefore treat defendants' motion to dismiss as conceded. It is this 23rd day of October, 2006, hereby

**ORDERED** that defendants' [2] motion to dismiss is **GRANTED**, and it is further

**ORDERED** that the action is **DISMISSED** without prejudice.

_____
JOHN D. BATES
United States District Judge